IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 95-0319 MMC |
| Plaintiff, | **ORDER DIRECTING UNITED STATES TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH LOCAL RULES OF THIS DISTRICT** |
| v. | |
| WALTER PIERRE RAUSINI, | |
| Defendant. / | |

On September 18, 2013, the United States electronically filed a "Response Regarding Scope of Rule 35 Record." The United States has violated the Local Rules of this District, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Crim. L.R. 2-4 (providing "extra copy of any document filed in a criminal case shall be marked 'Chambers Copy,' and shall be provided to the Clerk's Office pursuant to Civil L.R. 5-2(b) and 5-1(e)(7)).

The United States is hereby ORDERED to comply with the Local Rules of this District by immediately submitting a chambers copy of the above-referenced document. The United States is hereby advised that if it fails in the future to comply with the Local Rules requiring it to provide a chambers copy of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any

electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: September 27, 2013

_____
MAXINE M. CHESNEY
United States District Judge